# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

JESSICA FENNELL-THOMAS, as Personal Representative of the Estate of SHAWN ELTON EARL THOMAS,

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No.: 23-001515-CI

## NOTICE TO STATE COURT OF REMOVAL

To:    Clerk of Court
         Pinellas County Judicial Center
         14250 49th St. North, 4th Floor
         Clearwater 33762

**PLEASE TAKE NOTICE** that Defendant, The Prudential Insurance Company of America ("Prudential"), through its undersigned counsel, has on the 17th day of April 2023, filed in the office of the Clerk of the United States District Court for the Middle District of Florida, a Notice of Removal of the captioned action from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas

County, Florida, to the United States District Court for the Middle District of Florida. A copy of said notice is herewith filed with this Court.

Date: April 17, 2023

>Respectfully Submitted,
>
>*[signature: Winifred H Quinlan]*
>
>Stevie E. Baker, Esquire
>FBN: 0146056
>Winifred H. Quinlan, Esquire
>FBN: 0062448
>Quintairos, Prieto, Wood & Boyer, P.A.
>255 South Orange Avenue, Suite 900,
>Orlando, FL 32801
>Tel: (407) 872-6011
>Email: sbaker.pleadings@qpwblaw.com
>Email: winifred.quinlan@qpwblaw.com
>*Counsel for Defendant,*
>*The Prudential Insurance Company of America*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **17th** day of **April, 2023,** a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the **Florida Court E-Filing Portal system** to: **William C. Deman, Esquire/Jason A. Herman**, Herman & Wells, P.A., 5701 Park Blvd., N., Pinellas Park, FL 33781 (bill@hermanwells.com; jason@hermanwells.com; reggie@hermanwells.com ) (*Counsel for Plaintiff*)

>By: *[signature: Winifred H Quinlan]*
>STEVIE E. BAKER, ESQUIRE
>Florida Bar No.: 0146056
>sbaker.pleadings@qpwblaw.com
>WINIFRED H. QUINLAN, ESQUIRE
>Florida Bar No.: 062448
>winifred.quinlan@qpwblaw.com

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
255 S. Orange Avenue, Suite 900
Orlando, FL 32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
*(Counsel for Defendant Prudential Insurance Company of America)*